## IN RE: Jagadeshwar Reddy NOMULA, Appellant

### 2016-2735

United States Court of Appeals, Federal Circuit.

September 18, 2017

JUNDONG MA, JDM Patent Law PLLC, Riverdale Park, MD, argued for appellant.

FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued

for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, JEREMIAH HELM, THOMAS W. KRAUSE, JOSEPH GERARD PICCOLO.

(Newman, Wallach, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**